# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/20
```

April 17, 2020

**VIA CM/ECF**

Honorable Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20A
New York, NY 10007

**MEMO ENDORSED**

      **Re:**    **Vuppala v. Sabharwal Hospitality Group LLC, d/b/a Pippali, et al.**
              **Case 1:19-cv-08614-PAE-BCM**

Dear Judge Moses:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

    Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020. The undersigned has conferred with opposing counsel who consents to this request.

    The Court may wish to note that this is undersigned counsel's first request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Tel.: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com

---

Application DENIED. In light of the COVID-19 pandemic, the Court has already extended the deadline for fact discovery to July 2, 2020, and authorized the taking of depositions by remote means.  (Dkt. Nos. 22, 23.) Virtually all New York businesses are "adversely affected" by the pandemic and by the public health measures now in place.  Plaintiff has made no showing, however, that the parties in this action are uniquely affected, nor that they are "unable" to conduct discovery or settlement negotiations. In the absence of such a showing, the Court expects the parties to meet this Court's already-extended deadlines.  SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses, U.S.M.J.
April 23, 2020