

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

        Plaintiff,

-against-

SABHARWAL HOSPITALITY GROUP LLC, et al.,

        Defendants.

19-CV-8614 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated March 4, 2020 (Dkt. No. 20), the Court ordered the parties to submit a joint pre-conference status letter by May 13, 2020. No such letter has been filed. No later than **May 15, 2020**, the parties shall file their joint status letter.

    In light of the ongoing national public health emergency, it is further ORDERED that the status conference scheduled for **May 20, 2020, at 10:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       May 14, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**