# THE WEITZ LAW FIRM, P.A.

                                         Bank of America Building
                                     18305 Biscayne Blvd., Suite 214
                                                 Aventura, Florida 33160

May 15, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/20

**VIA CM/ECF**
Honorable Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20A
New York, NY 10007

**MEMO ENDORSED**

      Re:    Vuppala v. Sabharwal Hospitality Group LLC, d/b/a Pippali, et al.
                  Case 1:19-cv-08614-PAE-BCM

Dear Judge Moses:

      The undersigned represents the plaintiff in the above-captioned case matter.

      Due to the continued ongoing national health crisis caused by the COVID-19 pandemic, coupled with the current mandated closure of non-essential public businesses in New York City, which has in reality adversely affected the businesses in this matter, it continues to be very difficult for the parties to proceed in this case with discovery and productive settlement negotiations at this time. Counsel for defendants has had difficulty contacting the principal of the landlord defendant (129 East 27th St. LLC). That the parties, who are intent on settling, need to address the feasibility of accommodations and cannot bring persons or entities to the location to inspect the premises. The defendants are also not able to have employees access the premises and/offices to search for, retrieve and produce documents. Furthermore, as stated, the tenant restaurant is closed and opposing counsel has not been able to contact the attorney for the restaurant, Pippali (Sabharwal Hospitality Group LLC) for viable progress in this case.

      Per the Initial Case Management Order [D.E. 22], the parties are to submit a joint status letter for the status conference scheduled for May 20, 2020. The parties request that the Conference and status letter be postponed for 30 days. Also, plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter for the afore-mentioned reasons.

      The Court may wish to note that the undersigned has conferred with opposing counsel who consents to this motion and that this is undersigned counsel's third request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW 9365)
     THE WEITZ LAW FIRM, P.A.
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Tel.: (305) 949-7777
     Fax: (305) 704-3877
     Email: bbw@weitzfirm.com

---

The parties' joint status letter was due on May 13, 2020. (*See* Dkt. No. 22, ¶ 7.) In light of the extension of the fact discovery deadline to July 2, 2020 (*see* Dkt. No. 22, ¶ 4; Dkt. No. 23) the status conference now scheduled for May 20, 2020 is ADJOURNED to **June 22, 2020**, at 10:00 a.m. The parties' joint status letter is due on **June 15, 2020**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
May 19, 2020