

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

        Plaintiff,

-against-

SABHARWAL HOSPITALITY GROUP LLC, et al.,

        Defendants.

19-CV-8614 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic status conference, Judge Moses will conduct a further status conference on **July 14, 2020 at 10:00 a.m.** At that time, the parties shall call (888) 557-8511 and enter access code 7746387. No later than **July 10, 2020**, the parties shall jointly submit a letter updating the Court on the progress of discovery and settlement efforts to date.

Dated:  New York, New York
         June 22, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**