

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

        Plaintiff,

-against-

SABHARWAL HOSPITALITY GROUP LLC, et al.,

        Defendants.

19-CV-8614 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has been informed that the parties have settled their dispute. (Dkt. No. 31.) Accordingly, it is hereby ORDERED that the status conference currently scheduled for July 14, 2020 is ADJOURNED *sine die*.

Dated: New York, New York
       July 6, 2020

                           **SO ORDERED**.

                           **BARBARA MOSES**
                           **United States Magistrate Judge**